# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140334

MAHENDRA DALMIA,
          Plaintiff-Appellant,

v

CARL PALFFY, M.D. and EMERGENCY
PHYSICIANS ASSOCIATES, P.C.,
          Defendants-Appellees,

and

ST. JOSEPH MERCY HOSPITAL PONTIAC,
a/k/a TRINITY HEALTH-MICHIGAN,
          Defendant.
_____/

SC: 140334
COA: 281706
Oakland CC: 2003-052350-NH

On order of the Court, the application for leave to appeal the December 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

d0708